## GENERAL COURT, MAY TERM, 1804.

### HAZELDINE's Adm'r. *vs.* WALKER's Ex'rs.

THIS was a *scire facias* issued out of this court on a judgment rendered therein. *Nul tiel record* was pleaded.

*A scire facias may be amended where a clerical error has been made, stating the judgment to have been obtained in 1797 instead of 1787*

*Kilty*, for the plaintiff, moved to amend the writ of *scire facias*, the clerk having stated in the writ that the judgment was obtained in *October* 1797, when in fact it was obtained in *October* 1787. He produced the titling directing the *scire facias* to issue, on which titling were the minutes of the clerk made at the time of giving the titling, and in the presence of the counsel referring to the judgment as of October term 1787. There did not appear to be any other judgment obtained in this court by the plaintiff against the defendants.

MAY 1804

Hazeldine
vs
Walker.

THE COURT ordered the *scire facias* to be amended by the striking out the word *ninety* and inserting in lieu thereof *eighty* (*a*).

Leave was given to the defendants to plead *de novo*, and the cause was continued.

(*a*) See *Com. Dig.* tit. *Amendment*, (D. 1) (D. 3) (D. 9) (T. 1) (T 3) (V. 1) (W.) (2 B.) ( 2 C. 4.) *Roll. Abr.* 199, l. 15. 208, l. 50. 209, l 15 25. *Hard.* 505. *Bul* 149. 1 *Stra.* 431. 2 *Stra.* 1165. 1 *Comp. Pr.* 105. 2 *Ld. Raym.* 1057. 2 *Bos. and Pull.* 275 3 *Bos. and Pull* 321. 1 *Salk.* 52 3 *Salk.* 32. *Barnes*, 4, 27. 1 *Dall. Rep.* 133. 3 *Har. and M'Hen.* 6.